PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN MICHAEL CUELLAR,<br><br>Defendant. | CASE NO. 1:22-CR-00316-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 1, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 1, 2023.

2. By this stipulation, defendant now moves to continue the status conference until May 3, 2023, and to exclude time between March 1, 2023, and May 3, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports produced in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The parties have been engaged in plea negotiations and the government recently provided a proposed plea

agreement.

        b)     Counsel for defendant has requested a plea agreement reflecting the terms of the government's offer. Therefore, additional time is required for the government to prepare and the defense counsel to review the plea agreement with his client. Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

        c)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 1, 2023 to May 3, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 22, 2023                            PHILLIP A. TALBERT
                                                      United States Attorney

                                                       /s/ KAREN A. ESCOBAR
                                                     KAREN A. ESCOBAR
                                                     Assistant United States Attorney

Dated:  February 22, 2023                    /s/ REED GRANTHAM
                                             REED GRANTHAM
                                             Counsel for Defendant
                                             DEVIN MICHAEL CUELLAR


**ORDER**

IT IS SO ORDERED.


DATED: 2/23/2023                    _____
                                    THE HONORABLE SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act

3