PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEVIN MICHAEL CUELLAR,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-CR-00316-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 3, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 3, 2023.

2. By this stipulation, defendant now moves to vacate the status conference, to set the matter for a change of plea on May 15, 2023, at 10:00 a.m., before District Judge Jennifer L. Thurstopn and to exclude time between May 3, 2023, and May 15, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find, that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

　　　　a)　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the time period of May 3, 2023 to May 15, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 25, 2023            PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ KAREN A. ESCOBAR
                                           KAREN A. ESCOBAR
                                           Assistant United States Attorney

Dated:  April 25, 2023            /s/ REED GRANTHAM
                                           REED GRANTHAM
                                           Counsel for Defendant
                                           DEVIN MICHAEL CUELLAR

**ORDER**

IT IS SO ORDERED.

DATED: 4/28/2023

                                             *Sheila K. Oberto*
                                             THE HONORABLE SHEILA K. OBERTO
                                             UNITED STATES MAGISTRATE JUDGE