1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DEVIN CUELLAR
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00316-JLT-SKO
12 |            Plaintiff,     | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                       |
                               | Date:   October 2, 2023
14 | DEVIN CUELLAR,            | Time:   10:00 a.m.
                               | Judge:  Hon. Jennifer L. Thurston
15 |            Defendant.     |

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Devin Cuellar, that the sentencing hearing

20 currently scheduled for September 5, 2023, at 10:00 a.m. may be continued to October 2, 2023,

21 at 10:00 a.m.

22         Mr. Cuellar entered a plea of guilty to Count 1 of the Indictment on May 15, 2023. *See*

23 Dkt. #22. At that time, the matter was set for sentencing on September 5, 2023. *See* Dkt. #22.

24 The draft Presentence Investigation Report (PSR) was filed on July 25, 2023, *see* Dkt. #25, and

25 informal objections were submitted by the parties by August 8, 2023. The final PSR was filed on

26 August 15, 2023, *see* Dkt. #26, and the defense filed its formal objections on August 22, 2023.

27 *See* Dkt. #27. On August 25, 2023, the government filed its sentencing memorandum and its

28 response to the defense formal objections. *See* Dkt. #28.

In light of the government's response to Mr. Cuellar's formal objections, filed on August 25, 2023, regarding the appropriate calculation of the Base Offense Level (BOL) in this case, the defense is requesting a brief continuance of the sentencing hearing so that it may review the government's response and to possibly submit a reply. As set forth in the defense's formal objections (*see* Dkt. #27 at 1-6), and in the government's response (*see* Dkt. #28 at 9-17), the arguments are technical and legal in nature, and it is anticipated that briefing on this issue will assist the Court at the time of sentencing.

In light of the above, the government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. Undersigned counsel for Mr. Cuellar also notes that the date selected takes into account counsel for Mr. Cuellar's pre-planned leave in the month of September. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 28, 2023         */s/ Karen Escobar*
                              KAREN ESCOBAR
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: August 28, 2023         */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              DEVIN CUELLAR

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Tuesday, September 5, 2023, at 10:00 a.m. be continued to Monday, October 2, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

_____
UNITED STATES DISTRICT JUDGE