PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-CR-00316-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DEVIN MICHAEL CUELLAR, | |
| Defendant. | |

On May 19, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff United States of America and defendant Devin Michael Cuellar forfeiting to the United States the following property:

    a. J.C. Higgins, Model 20, 12-gauge shotgun having a barrel of less than 18 inches in length and an overall length of less than 26 inches, no serial number;

    b. Four rounds of Winchester 12-gauge ammunition; and,

    c. Two rounds of Sellier & Bellot 12-gauge ammunition.

Beginning on September 27, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a

1    hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

2         The Court has been advised that no third party has filed a claim to the subject property,

3    and the time for any person or entity to file a claim has expired.

4         Accordingly, it is hereby ORDERED and ADJUDGED:

5         1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of

6    America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §

7    924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Devin Michael

8    Cuellar.

9         2.    All right, title, and interest in the above-listed property shall vest solely in the

10   name of the United States of America.

11        3.    The Department of the Interior, National Park Service shall maintain custody of

12   and control over the subject property until it is disposed of according to law.

13

14   IT IS SO ORDERED.

15        Dated:   **January 8, 2024**

16                                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28